**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NAVDEEP SINGH,<br><br>    Petitioner,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>    Respondents. | No. 2:20-cv-00040-DMG-AFM<br><br>[~~PROPOSED~~] **ORDER DISMISSING HABEAS PETITION**<br><br>Honorable Alexander F. MacKinnon<br>United States Magistrate Judge |

| | |
|---|---|
| 1 | The parties have stipulated to the dismissal of the Petition for Writ of Habeas |
| 2 | Corpus pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 8.) |
| 3 | Accordingly, IT IS ORDERED that this action is dismissed in its entirety, each side to |
| 4 | bear their own costs, fees, and expenses. All dates and deadlines are vacated. |
| 5 | |
| 6 | |
| 7 | DATED: 1/10/2020 |
| 8 | |
| 9 | |
| 10 | |
| 11 | ALEXANDER F. MacKINNON<br>UNITED STATES MAGISTRATE JUDGE |
| 12 | |
| 13 | |
| 14 | Presented by, |
| 15 | NICOLA T. HANNA<br>United States Attorney |
| 16 | DAVID M. HARRIS<br>Assistant United States Attorney |
| 17 | Chief, Civil Division<br>JOANNE S. OSINOFF |
| 18 | Assistant United States Attorney<br>Chief, General Civil Section |
| 19 | |
| 20 | /s/ Chung H. Han<br>CHUNG H. HAN |
| 21 | Assistant United States Attorney |
| 22 | Attorneys for Respondents |

1